UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 MAY -1 P 3:06
STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 18-CR-**18-CR-091**
[18 U.S.C. §1709]

EBONY LAVONNE SMITH,

    Defendant.

## INDICTMENT

**THE GRAND JURY CHARGES:**

Between April 1, 2017, and January 25, 2018, in the State and Eastern District of Wisconsin,

**EBONY LAVONNE SMITH,**

while employed by the United States Postal Service and entrusted with articles of mail, did steal U.S. currency contained therein.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

███████████

FOREPERSON
Dated: 5/1/18

*for* _Kelly D. [signature]_
MATTHEW D. KRUEGER
United States Attorney